FILED
2018 AUG 27 AM 10: 11
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, PLAINTIFF
V.
Sung Ho Byun, DEFENDANT

USMS# ___

CASE NUMBER: **SA18-455M**

**REPORT COMMENCING CRIMINAL ACTION**

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 8/24/18 @ 4:05 ☐ AM ☑ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☑ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☑ Yes ☐ No

4. Charges under which defendant has been booked:
   18 USC 371 ; 18 USC 1343

5. Offense charged is a: ☑ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☐ No ☑ Yes Language: Korean

7. Year of Birth: 1964

8. Defendant has retained counsel: ☐ No
   ☑ Yes Name: Matt Wales Phone Number: 949-702-3382

9. Name of Pretrial Services Officer notified: Duty

10. Remarks (if any): ___

11. Name: William Bondurant (please print)

12. Office Phone Number: 446-675-3372    13. Agency: FBI

14. Signature: ___    15. Date: 8/27/18

CR-64 (05/18)    REPORT COMMENCING CRIMINAL ACTION